```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafia Lawal, on behalf of herself and all others similarly situated,

                        Plaintiff,

        -against-

Lather, Inc.,

                        Defendant.

1:23-cv-02336 (PGG) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        The parties are directed to appear for a telephone conference on Thursday, May 11, 2023, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Plaintiff shall appear even if Defendant has not yet appeared.

**SO ORDERED.**

Dated:       New York, New York
               April 19, 2023

                                                 */s/ Stewart D. Aaron*
                                                 _____
                                                 STEWART D. AARON
                                                 United States Magistrate Judge